

# SCHEWEL FURNITURE COMPANY, INC.

EMPLOYER: CREC, INC    PHONE: 919-313-6769

| DEPOSIT AMOUNT | HOW TAKEN | PRIMARY DEBTOR (CALLED YOU) | | DATE OF SALE |
|---|---|---|---|---|
| 200.00 | VISA | RIDDIT, WANDA | | 08/20/10 |
| TRAN TYPE: FINANCE | | CO-DEBTOR (ALSO CALLED YOU) | | HOW DELIVERED |
| CASHIER | SALESPERSON | | | TRUCK DELIVER |
| LIZZIE | PA | ADDRESS 3393 GENLEE DRIVE | | DELIVERY DATE |
| CUSTOMER NUMBER | | | | 08/20/10 |
| | | | | HOME PHONE |
| | | CITY DURHAM | STATE NC   ZIP CODE 7704 | 599-4367 NEW |

THIS INSTALLMENT SALE AGREEMENT AND SECURITY AGREEMENT, made as of the above date between SCHEWEL FURNITURE COMPANY, INC. ("Secured Party") and the above named purchaser ("Debtor"). WITNESSETH:

   1. CREATION OF SECURITY INTEREST. Secured Party has this date sold to Debtor and Debtor has purchased from Secured Party on the terms and conditions hereinafter set forth the consumer goods or equipment ("Collateral") described in paragraph 2 hereof, and Debtor hereby grants to Secured Party a purchase money security interest in said Collateral and its proceeds, if any.

   2. COLLATERAL. The Collateral hereof is described as follows, but may also include other items of equipment described on prior contracts, as set forth in Paragraph 4b as the case may be on the reverse side.

   3. IN THE EVENT OF DEFAULT, REASONABLE ATTORNEY'S FEES AND OTHER COSTS OF COLLECTION MAY BE IMPOSED AS PROVIDED ON THE REVERSE SIDE HEREOF.

   NOTICE: IF YOU PAY THIS LOAN OR SALE ON CREDIT PARTIALLY OR IN FULL BEFORE ITS DUE DATE, THE AMOUNT OF INTEREST YOU PAY WILL BE GREATER THAN THE AMOUNT OF INTEREST YOU WOULD PAY FOR A SIMPLE INTEREST LOAN OF THE SAME PRINCIPAL AMOUNT.

| QTY. | MONTH | SKU NUMBER | VENDOR | STOCK NO. | DESCRIPTION | FINISH/SIZE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | P | 110337176 | SOTH | 854-31-828-21 | RECL SOFA | 3599.95 | 1,899.00 |
| 1 | P | 111337178 | SOTH | 854-28-828-21 | OUAL RECL | BONDLEAT | |
| 1 | P | 112337170 | SOTH | 854-83-828-21 | WEDGE | BONDLEAT | |
| 1 | P | 001000562 | PHOF | 5 YR MULTI ITEM LEATHER | PREMIER WA | | 199.95 |
| 1 | P | 378235020 | GRTR | 643-66F | C/6 SLEIGH | | 1,399.95 |
| 1 | P | 379235022 | GRTR | 643-66F | 6/6 SLEIGH | | |
| 1 | P | 380235026 | GRTR | 643-66R | 6/6 WOOD R | | |

### DEBT CANCELLATION AGREEMENT:
1. A DEBT CANCELLATION AGREEMENT IS NOT REQUIRED TO OBTAIN CREDIT.
2. THE FEE FOR A DEBT CANCELLATION AGREEMENT IS $ 638.36
3. AFTER RECEIVING THE ABOVE DISCLOSURES, I WISH TO PURCHASE A DEBT CANCELLATION AGREEMENT.

*Wanda Riddit*

BUYER(S)

DATE 8/20/10

Roxboro, N.C. 27573-920
336-599-0281

Serial# .....

| ITEMIZATION OF AMOUNT FINANCED OF | 5,079.13 |
|---|---|
| a. TOTAL AMOUNT THIS SALE | 3,399.90 |
| b. DELIVERY CHARGE | 80.00 |
| c. SALES TAX | 269.69 |
| d. CASH PRICE (a + b + c) (TOTAL) | 3,749.59 |
| e. LESS: CASH DOWN PAYMENT $ 200.00 | |
| f. UNPAID BALANCE OF CASH PRICE (d - e) | 3,549.69 |
| g. BALANCE REFINANCED (ACCORDING TO PARAGRAPH 4b ON REVERSE SIDE) ON PRIOR CONTRACT(S): | |
| (1) OLD BALANCE 1,001.81 | |
| (2) LESS REBATE OF UNEARNED FINANCE CHARGE $ 34.64 | |
| (3) Less Rebate of Unearned Debt Cancellation Charge: $ 76.00 | 891.18 |
| NET BALANCE REFINANCED | |
| h. Amount paid on your account (f + g) | 4,440.77 |
| i. CHARGE FOR VOLUNTARY DEBT CANCELLATION AGREEMENT. | 638.36 |
| j. Prepaid Finance Charge (Processing Fee) | 9.95 |

| ANNUAL PERCENTAGE RATE THE COST OF YOUR CREDIT AS A YEARLY RATE | FINANCE CHARGE THE DOLLAR AMOUNT THE CREDIT WILL COST YOU. | AMOUNT FINANCED THE AMOUNT OF CREDIT PROVIDED TO YOU OR ON YOUR BEHALF. | TOTAL OF PAYMENTS THE AMOUNT YOU WILL HAVE PAID AFTER YOU HAVE MADE ALL PAYMENTS AS SCHEDULED. | TOTAL SALE PRICE THE TOTAL COST OF YOUR PURCHASE ON CREDIT INCLUDING YOUR DOWN PAYMENT OF $ 200.00 |
|---|---|---|---|---|
| 17.982 % | $ 965.96 | $ 5,079.13 | $ 6,045.09 | $ 5,353.91 |

YOUR SCHEDULE OF PAYMENT IS: 23 Mo.    MONTHLY PAYMENTS OF 262.83    EXCEPT THE LAST PAYMENT WHICH IS 252.83 . EACH PAYMENT IS DUE ON THE 20 DAY OF THE MONTH BEGINNING 09/20/10

LATE CHARGE: IF A PAYMENT IS 10 DAYS OR MORE PAST DUE, YOU WILL BE CHARGED 5% OF SUCH PAYMENT, or $8.00, WHICHEVER IS LESS.

PREPAYMENT: IF YOU PAY OFF EARLY, YOU MAY BE ENTITLED TO A REFUND OF PART OF THE FINANCE CHARGE.

SECURITY: YOU ARE GIVING A SECURITY INTEREST IN THE GOODS BEING PURCHASED. COLLATERAL SECURING OTHER LOANS WITH US MAY ALSO SECURE THIS CREDIT SALE.

SEE OTHER SIDE FOR ADDITIONAL INFORMATION ABOUT NONPAYMENT, DEFAULT, ANY REQUIRED PREPAYMENT IN FULL BEFORE THE SCHEDULED DATE, AND PREPAYMENT REFUNDS AND PENALTIES.

DELIVERY INSTRUCTIONS: SEE ATTACHED

| C.O.D. | C.D.D. | |
|---|---|---|

**EXHIBIT A**

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

_Wanda Riddit_

# SCHEWEL FURNITURE COMPANY, INC.



EMPLOYER CREE. INC    PHONE 919-313-5766

| DEPOSIT AMOUNT | HOW TAKEN | PRIMARY DEBTOR (CALLED YOU) | | DATE OF SALE |
|---|---|---|---|---|
| 78.00 | CASH | RUDOLT, WANDA | | 09/19/89 |
| TRAN TYPE: FINANCE | | CO-DEBTOR (ALSO CALLED YOU) | | HOW DELIVERED |
| CASHIER | SALESPERSON | | | Customer pkup |
| ANGETRA | P7 | ADDRESS 5570 OXFORD RD | | DELIVERY DATE |
| CUSTOMER NUMBER | | | | 09/19/89 |
| | | | | HOME PHONE |
| | | CITY TIMBERLAKE | STATE NC  ZIP CODE 27583 | 899-0367 NEW |

THIS INSTALLMENT SALE AGREEMENT AND SECURITY AGREEMENT, made as of the above date between SCHEWEL FURNITURE COMPANY, INC. ("Secured Party") and the above named purchaser ("Debtor"). WITNESSETH:

1. CREATION OF SECURITY INTEREST. Secured Party has this date sold to Debtor and Debtor has purchased from Secured Party on the terms and conditions hereinafter set forth the consumer goods or equipment ("Collateral") described in paragraph 2 hereof, and Debtor hereby grants to Secured Party a purchase money security interest in said Collateral and its proceeds, if any.

2. COLLATERAL. The Collateral hereof is described as follows, but may also include other items of equipment described on prior contracts, as set forth in Paragraph 4b as the case may be on the reverse side.

3. IN THE EVENT OF DEFAULT, REASONABLE ATTORNEY'S FEES AND OTHER COSTS OF COLLECTION MAY BE IMPOSED AS PROVIDED ON THE REVERSE SIDE HEREOF.

NOTICE: IF YOU PAY THIS LOAN OR SALE ON CREDIT PARTIALLY OR IN FULL BEFORE ITS DUE DATE, THE AMOUNT OF INTEREST YOU PAY WILL BE GREATER THAN THE AMOUNT OF INTEREST YOU WOULD PAY FOR A SIMPLE INTEREST LOAN OF THE SAME PRINCIPAL AMOUNT.

| QTY | STATUS | SKU NUMBER | VENDOR | STOCK NO. | DESCRIPTION | FINISH/SIZE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | P | 300216030 | STAN | 4009 | DRESSER | | 360.00 |
| 1 | P | 300216036 | STAN | 4018 | MIRROR | | |
| 1 | P | 319216030 | STAN | 4005 | CHEST | | 225.00 |

---

**DEBT CANCELLATION AGREEMENT:**
1. A DEBT CANCELLATION AGREEMENT IS NOT REQUIRED TO OBTAIN CREDIT.
2. THE FEE FOR A DEBT CANCELLATION AGREEMENT IS $ 286.31
3. AFTER RECEIVING THE ABOVE DISCLOSURES, I WISH TO PURCHASE A DEBT CANCELLATION AGREEMENT.

*Wanda Rudolf*
BUYER(S)

DATE _____

Roxboro, N.C. 27573-920
336-599-0201

| ITEMIZATION OF AMOUNT FINANCED OF | 3,340.23 |
|---|---|
| a. TOTAL AMOUNT THIS SALE | 575.00 |
| b. DELIVERY CHARGE | 0.00 |
| c. SALES TAX | 44.56 |
| d. CASH PRICE (a + b + c)      (TOTAL) | 619.56 |
| e. LESS: CASH DOWN PAYMENT  $ 70.00 | |
| f. UNPAID BALANCE OF CASH PRICE (d - e) | 549.56 |
| g. BALANCE REFINANCED (ACCORDING TO PARAGRAPH 4a ON REVERSE SIDE) OR PRIOR CONTRACT(S): 3,178.88 | |
| (1) OLD BALANCE | |
| (2) LESS REBATE OF UNEARNED FINANCE CHARGE   $ 409.89 | |
| (3) Less Rebate of Unearned Debt Cancellation Charge: $265.03 | |
| NET BALANCE REFINANCED | 2,504.36 |
| h. Amount paid on your account (f + g) | 3,053.92 |
| i. CHARGE FOR VOLUNTARY DEBT CANCELLATION AGREEMENT. | 286.31 |
| j. Prepaid Finance Charge (Processing Fee) | 9.95 |

| ANNUAL PERCENTAGE RATE THE COST OF YOUR CREDIT AS A YEARLY RATE | FINANCE CHARGE THE DOLLAR AMOUNT THE CREDIT WILL COST YOU. | AMOUNT FINANCED THE AMOUNT OF CREDIT PROVIDED TO YOU OR ON YOUR BEHALF | TOTAL OF PAYMENTS THE AMOUNT YOU WILL HAVE PAID AFTER YOU HAVE MADE ALL PAYMENTS AS SCHEDULED. | TOTAL SALE PRICE THE TOTAL COST OF YOUR PURCHASE ON CREDIT INCLUDING YOUR DOWN PAYMENT OF |
|---|---|---|---|---|
| 17.990 % | $ 416.53 | $ 3,340.23 | $ 3,756.76 | $ 78.00 |
| | | | | $ 1,322.40 |

YOUR SCHEDULE OF PAYMENT IS: 15 Mo. MONTHLY PAYMENTS OF 250.45 EXCEPT THE LAST PAYMENT WHICH IS 250.45 . EACH PAYMENT IS DUE ON THE 20 DAY OF THE MONTH BEGINNING 10/20/89

LATE CHARGE: IF A PAYMENT IS 10 DAYS OR MORE PAST DUE, YOU WILL BE CHARGED 5% OF SUCH PAYMENT, or $6.00, WHICHEVER IS LESS.

PREPAYMENT: IF YOU PAY OFF EARLY, YOU MAY BE ENTITLED TO A REFUND OF PART OF THE FINANCE CHARGE.

SECURITY: YOU ARE GIVING A SECURITY INTEREST IN THE GOODS BEING PURCHASED. COLLATERAL SECURING OTHER LOANS WITH US MAY ALSO SECURE THIS CREDIT SALE.

SEE OTHER SIDE FOR ADDITIONAL INFORMATION ABOUT NONPAYMENT, DEFAULT, ANY REQUIRED PREPAYMENT IN FULL BEFORE THE SCHEDULED DATE, AND PREPAYMENT REFUNDS AND PENALTIES.

DELIVERY INSTRUCTIONS: 5570 OXFORD RD**15th PASS PER IST BRICK HOUSE ON R

| C.O.D $ | C.B.D. $ | P 090919003 |
|---|---|---|